### BOGGS *et al.* v. BROOME.

DUCKWORTH, Chief Justice. 1. A petition seeking a declaratory judgment under Ga. L. 1945, p. 137 (Code, Ann. Supp., § 110-1101 et seq.) is not per se an equitable action. *Felton* v. *Chandler,* 201 *Ga.* 347 (39 S. E. 2d, 654); *Georgia Casualty & Surety Co.* v. *Turner,* 208 *Ga.* 782 (69 S. E. 2d, 771).

2. The ruling by the trial judge, unexcepted to, upholding the constitutionality of the Civil Service Act for DeKalb County, became the law of the case, and eliminated therefrom the only relief sought that would have given the Supreme Court jurisdiction. Constitution, art. VI, sec. II, par. IV (Code, Ann., § 2-3704).

3. The constitutional question which this case originally contained having been eliminated before the declaratory judgment here complained of, the Court of Appeals and not this court has jurisdiction. *Martin* v. *Home Owners Loan Corp.,* 198 *Ga.* 288 (31 S. E. 2d, 407).

*Transferred to the Court of Appeals. All the Justices concur, except Atkinson, P. J., not participating.*

No. 18245. ARGUED JUNE 9, 1953—DECIDED JUNE 10, 1953.

*Young H. Fraser* and *John Wesley Weeks,* for plaintiffs in error.

*J. A. McCurdy* and *H. O. Hubert Jr.,* for party at interest not party to record.

*Wm. G. McRae* and *J. E. B. Stewart,* contra.